374 A.2d 734

Zappala, Appellant, v. Zappala.

Argued April 13, 1977. Robert Raphael, with him Frederick N. Frank, for appellant; Thomas J. O'Neill, with him John A. Tumolo, for appellee.

Order affirmed.

CERCONE and VAN der VOORT, JJ., absent.